City of New York
C/o New York City Law Department
100 Church Street
New York, New York   10007


Martha E. Stark
Former Commissioner of Finance
Department of Finance
One Centre Street, Room 500
New York, New York   10007

Rochelle Patricoff
Former Assistant Commissioner of Finance
Department of Finance
One Centre Street, Room 500
New York, New York   10007